```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION


BOBBY JONES                     §
                                §
VS.                             §    ACTION NO. 4:14-CV-585-Y
                                §
CAROLYN W. COLVIN, Commissioner,§
Social Security Administration  §
```

<u>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS
AND SETTING DEADLINE FOR PAYMENT OF FILING FEE</u>

On July 29, 2014, the United States Magistrate Judge issued his findings, conclusions, and recommendation in this case, recommending that Plaintiff's motion to proceed in forma pauperis be denied. The magistrate judge gave the parties until August 19, 2014, to file written objections to his decision. As of the date of this order, no objections have been received.

It is, therefore, ORDERED that the decision of the magistrate judge is hereby ADOPTED as the decision of this Court. As a result, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 3) is DENIED. If Plaintiff desires to pursue his claims in this cause, he shall pay the full filing and administrative fees to the clerk of this Court no later than **September 10, 2014**, or his claims will be dismissed without prejudice to their refiling.

SIGNED August <u>28</u>, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE